UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TILLMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. MENDEZ,<br><br>　　　　　Defendants. | No.  2:16-cv-0573 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se.  On April 14, 2016, plaintiff filed a letter indicating that he filed this action in the wrong district, and that he has filed in the Southern District of California.  The instant complaint raises claims against V. Mendez, a vocational instructor at the R.J. Donovan Correctional Facility in San Diego.  Thus, the court construes plaintiff's letter as a request to dismiss this action.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: May 2, 2016

/till0573.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1